Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
P. O. Box 4996
Hagåtña, Guam 96932
Telephone and Fax No.: (671) 475-7448
Email Address: WaysonWong@aol.com

Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM

NOV 28 2011

JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ANGELA DEWITZ, as the Special Administrator of the Estate of Reynaldo G. Garcia, Deceased, and the Guardian of his only child, a minor, and heir,<br><br>    Plaintiff,<br><br>vs.<br><br>GTA, also known as GTA TELEGUAM, a Guam Corporation,<br><br>    Defendant. | CIV. CASE NO. 11-00036<br><br>(Americans with Disabilities Act)<br><br>COMPLAINT |

## COMPLAINT

Plaintiff Angela DeWitz ("Mrs. DeWitz"), as the Special Administrator of the Estate of Reynaldo G. Garcia, Deceased, and the Guardian of his only child, by and through her attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, as claims for relief against defendant GTA, also known as TELEGuam ("GTA"), alleges as follows.

A. INTRODUCTION

1. This Complaint is filed pursuant to the provisions of the Civil Rights Act of 1964, as amended; the Americans with Disabilities Act of 1990, as amended; and the Rehabilitation Act of 1973, as amended, against GTA for injuries and damages sustained by Reynaldo G. Garcia ("Mr. Garcia"), as a result of disability discrimination by GTA against him.

B. JURISDICTION AND VENUE

2. More specifically, this action arises under the provisions of 42 U.S.C. § 2000e *et seq.* (2006); 42 U.S.C. § 12117(a) (2006); 29 U.S.C. § 794a(a)(1) (2006) and 28 U.S.C. § 1331 (2006).

3. At all times relevant, Mrs. DeWitz has been a citizen of Guam, U.S.A.

4. The injuries and damages suffered by Mr. Garcia occurred in Guam.

5. At all times relevant, GTA has been a citizen of Guam.

C. PARTIES

6. At all times relevant, Mrs. DeWitz has been an adult resident of Guam.

7. Mr. Garcia passed away on October 1, 2007.

8. Recently, Mrs. DeWitz has been appointed the Special Administrator of the Estate of Reynaldo G. Garcia, Deceased, with the authority to bring this lawsuit against GTA on behalf of that estate.

9. Mrs. DeWitz has been the mother of Mr. Garcia's minor son and his only heir; as such, he, through his mother, has an interest in Mr. Garcia's estate.

10. At all times relevant, GTA has been a Guam corporation with its principal place of business in Guam.

### D. EXHAUSTION OF ADMINISTRATIVE REMEDIES

11. On or about April 5, 2007, Mr. Garcia timely filed his claims for disability discrimination against GTA with the Equal Employment Opportunity Commission ("EEOC"), which were denied by the Department of Labor, Government of Guam.

12. The EEOC investigated his claims until August 30, 2011, when it closed its case for them.

13. All administrative procedures have been properly and fully exhausted.

14. Pursuant to the provisions of various Federal laws involved, this suit has been timely filed (within 90 days of the notice of the case closing by the EEOC).

### E. FIRST CLAIM FOR RELIEF

15. Mrs. DeWitz realleges paragraphs 1 – 14 of this Complaint.

16. Since on or about 1994, Mr. Garcia had been employed by the Guam Telephone Authority and then GTA when it purchased the former's rights to provide telephone services in Guam.

17. Mr. Garcia was disabled for many years, but with reasonable accommodations, he could perform his job with the Guam Telephone Authority and then GTA.

18. On or about June 12, 2006, GTA constructively wrongfully terminated Mr. Garcia from his job with GTA because it discriminated against him on the basis of his disability.

19. As a consequence and/or legal cause of such discrimination, Mr. Garcia sustained past and future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other nonpecuniary losses; and he and/or his estate have been entitled to recover those damages and punitive damages, the amounts of which Mrs. DeWitz asks leave to show at the time of trial.

### G. PRAYER

Accordingly, Mrs. DeWitz respectfully asks this Court for judgment in favor of her as the representative of Mr. Garcia's estate and minor son, and against GTA, for the amounts of compensatory, special, general and punitive damages she is entitled to recover from it as shown at the time of trial, together with interest, her reasonable attorney's fees and costs and such other and further relief that this Court deems appropriate.



Dated: Honolulu, Hawaii, November 27, 2011.

_____
Wayson W. S. Wong
Attorney for Plaintiff