CARLSMITH BALL LLP
ELYZE M. IRIARTE
*eiriarte@carlsmith.com*
134 W Soledad Ave Ste 401
Hagåtña, GU 96910
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
TELEGUAM HOLDINGS, LLC

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANGELA DEWITZ, as the Special Administrator of the Estate of Renaldo G. Garcia, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TELEGUAM HOLDINGS, LLC, dba GTA TELEGUAM, a Limited Liability Company,<br><br>Defendant. | CIVIL CASE NO. CV11-00036<br><br>**STIPULATION TO DISMISS; DECLARATION OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action stipulate to dismiss the action without prejudice, with each party to bear its own attorney's fees and costs.

DATED: Hagåtña, GU, August 13, 2015.

CARLSMITH BALL LLP

_____
ELYZE MCDONALD IRIARTE
Attorneys for Defendant
TELEGUAM HOLDINGS, LLC

LAW OFFICES OF WAYSON WONG

_____
WAYSON W.S. WONG
Attorneys for Plaintiff
ANGELA DEWITZ

## DECLARATION OF ELYZE MCDONALD IRIARTE

I, Elyze McDonald Iriarte, hereby declare that on the 14th day of August 2015, I will cause to be served, via electronic notification, a true and correct copy STIPULATION TO DISMISS; DECLARATION OF SERVICE upon the following Counsel of record:

Wayson W.S. Wong, Esq.
Law Offices of Wayson Wong
P.O. Box 4996
Hagatna, Guam 96932
Attorneys for Plaintiff Angela Dewitz
*WaysonWong@aol.com*

DATED: Hagåtña, GU, August 14, 2015.

_____
ELYZE MCDONALD IRIARTE

4817-1022-0326.1